# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**IN THE MATTER OF:**

Cody Anthony Hidalgo,

                Debtor.

Bankruptcy Case No. 22-41931
Hon. Mark A. Randon
Chapter 7

Adversary Proceeding No. 22-_____
Hon. Mark A. Randon

Roman Stone Works, Inc., Craig Cassel,
and Andrew Ferenc

                Plaintiffs,

v.

Cody Anthony Hidalgo

                Defendant.

## COMPLAINT

**NOW COME** Roman Stone Works, Inc., Craig Cassel, and Andrew Ferenc
(collectively, the "Plaintiffs"), by and through their counsel, Stevenson & Bullock,
P.L.C., and for their Complaint (the "Complaint"), state as follows:

## PARTIES AND JURISDICTION

1.    Debtor and Defendant, Cody Anthony Hidalgo, (the "Defendant"), is
a resident of the Eastern District of Michigan, Southern Division.

2.    Plaintiff Roman Stone Works, Inc. ("Roman Stone Works") is a
Michigan corporation and creditor of the Defendant.

3. Plaintiff Craig Cassel ("Mr. Cassel") is an individual and creditor of the Defendant.

4. Plaintiff Andrew Ferenc ("Mr. Ferenc") is an individual and creditor of the Defendant.

5. On March 15, 2022 (the "Petition Date") the Defendant filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code (11 U.S.C. § 101, et seq.) in the Bankruptcy Court for the Eastern District of Michigan, Southern Division, which presently pends in this Court.

6. This adversary proceeding seeks a judgment that the indebtedness owed to the Plaintiffs pursuant to a final, non-appealable judgment is non-dischargeable under Section 523 of the Bankruptcy Code.

7. This action is a core proceeding pursuant to 28 U.S.C. § 157(b).

8. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

9. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

10. Plaintiffs consent to this Court entering final orders and judgments in this Adversary Proceeding.

## GENERAL ALLEGATIONS

11.     Roman Stone Works is engaged in the business of limestone fabrication and has been conducting business since 2006.  It is owned by Mr. Cassel and Mr. Ferenc.

12.     The Defendant was a short-term employee of Roman Stone Works.

13.     On October 20, 2019, Defendant posted a "meme" on Facebook, which stated "boss makes a dollar, I make a dime, that's why I poop on company time."  See, Exhibit A.

14.     Defendant was still employed with Roman Stone Works after he posted his "meme" on Facebook.  In fact, the Defendant came to work on October 21, October 22, and October 23, 2019.

15.     The Defendant informed the Plaintiffs on October 23, 2019 that he wanted to go to a job fair during work hours.

16.     The Plaintiffs informed the Defendant that he did not have permission to leave work to go search for other employment, and, that if he left, he would be fired from his position at Roman Stone Works.

17.     The Defendant directly disobeyed the Plaintiffs' orders and walked off the job on October 23, 2019, during work hours, and as a result, was terminated from his position at Roman Stone Works.

18.     Thereafter, Defendant posted on Facebook falsely stating that it was the "meme" rather than walking off the job in disobedience that got him terminated from his position.  From there, the Defendant went on a social media crusade to harass, distress, and interfere with Plaintiffs' business.

19.     Defendant's actions were both willful and malicious as more fully set forth herein.

20.     Defendant's social media crusade included, but was not limited to, local media outlets, international media outlets, "LADBible," Twitter, Facebook, and even a GoFundMe page created by the Defendant in light of all of the attention and publicity he was generating.  See, Exhibit B.

21.     As a result, Plaintiffs were harassed.  Defendant and those who say Defendant's false post regarding being discharged over his "meme" began to leave negative Facebook and Google reviews, stating that their reason for leaving a bad review was due to the firing of Defendant over the meme.

22.     Defendant and his peers continued to berate and harass Plaintiffs by hacking the company business profiles and website, changing the name of the business to things like "Elmo's Roman Stone works and Communal Outhouse" and "Elmo's Fecal Works" as well as attaching a photo of male genitals as the business' photo.  See, Exhibit C.

23.     In addition to harassing the business both online and via US Mail, Mr. Cassel and Mr. Ferenc were sent hate mail, threats, and other forms of harassment to their email and personal mailboxes.

## The State Court Lawsuit

24.     As a result of Defendant's intentional and malicious acts, Plaintiffs field suit in Wayne County Circuit Court (Case No. 19-015616-CZ, Hon. Annette J. Berry presiding) (the "State Court Lawsuit").

25.     In their complaint in the State Court Lawsuit, Plaintiffs made claims for defamation, intentional infliction of emotional distress, and tortious interference.

26.     The Defendant was timely served with a copy of Plaintiffs' summons and complaint.  The Defendant failed to file an answer or otherwise defend himself in the State Court Lawsuit.

27.     On August 10, 2020, the Wayne County Circuit Court entered an *Order Granting Default Judgment* (the "Judgment") against the Defendant and in favor of the Plaintiffs.  See, Exhibit D.

28.     Pursuant to the Judgment, the Plaintiffs were awarded a judgment against the Defendant in the amount of $150,577.75.

## COUNT I – OBJECTION TO DISCHARGABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(a)(6)

29.     Plaintiffs hereby incorporate by reference all of the preceding paragraphs of this Complaint as if fully restated herein.

30.     11 U.S.C. § 523(a)(6) provides:

(a) A discharge [...] does not discharge an individual debtor from any debt – (6) for willful and malicious injury by the debtor to another entity or to the property of another entity.

31.     As set forth above, the debt owed by the Defendant to the Plaintiffs is for willful and malicious injury by the Defendant to the Plaintiffs.

WHEREFORE, the Plaintiffs respectfully request that pursuant to 11 U.S.C. § 523(a)(6) this Honorable Court except from the Defendant's discharge the debts owed by Defendant to Plaintiffs and grant any such further relief as is deemed appropriate.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Plaintiffs
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: June 21, 2022

# EXHIBIT A



## Cody Hidalgo
October 20 at 10:50 AM · 🌐



I legit got fired for this...



# **EXHIBIT B**

😀 10                                    1 Comment  1 Share

👍 Like          💬 Comment          ↗ Share

Suggested for You



**George Takei**
Yesterday at 3:31 PM · 🌐                    •••

While we truly believe one should always use discretion
when posting on social media, it seems to us that this boss
took things too far—what are your thoughts here, friends?

Cody Hidalgo
Oct 20 at 1:50 PM · 🌐

I legit got fired for this...

😲👍 473                        491 Comments

👍 Like      💬 Comment      ↗ Share

1:47

‹  Cody Hidalgo

**BOSS MAKES A DOLLAR, I MAKE A DIME**

out there that would put up with
your games cause i won't.
Good luck!

Look on your Facebook page, do
you think thing don't get around ?

You brought work into it on a
Sunday.

PERCOLATELY.COM
**Michigan Company Gets Dragged Hard After Firing Guy
For Sharing Meme About Pooping At Work**

😲😀😆 1.8K                    975 Comments   321 Shares

👍 Like          💬 Comment          ↗ Share

**Noelle Ldiddy**
4 hrs · 👥                                    •••

Empaths be like:
@ryan.elliott

🏠   📺   👤   👥   🔔   ☰


## Filter Results

**POSTS FROM**

Anyone

You

Your Friends

Your Groups and Pages

Public

Choose a Source...

**POST TYPE**

All Posts

Posts You've Seen

**POSTED IN GROUP**

Any Group

Your Groups

Choose a Group...

**TAGGED LOCATION**

Anywhere

Vanderbee Michigan

Choose a Location...

**DATE POSTED**

Any Date

2019

2018

2017

Choose a Date

### People

See All


**Cody Hidalgo**
New Boston, Michigan

Huron High School

Add Friend


**Cody Hidalgo**
Hill AFB

Budget Analyst at Hill AFB

Add Friend


**Cody Hidalgo**
Worked at Hidalgo/Medanich Compound

Erie, Colorado


**Cody Hidalgo**
New York, New York

English (US) · Español · Portugués (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2019

---

 **Funny Things**
Page · 411 like this · Comedy Club

20 hrs · ...can see in these texts, a certain Cody Hidalgo was canned for sharing a "Boss gets a dollar, I get a dime" meme that celebrates shitting on company time - and that's pretty freakin' ridiculous. The meme is stupid, and we can see how it might annoy an employer, but it doesn't seem...



 **Cody Hidalgo**

Oct 29 · I legit got fired for this...



---

All  Posts  People  Photos  Videos  Marketplace  Pages  Places  Groups  Apps  Events  Links

---

 **Chochilino-News & Entertainment**
351 like this · Radio Station

Oct 27 · ...page which referred to pooing at work. Cody Hidalgo, from New Boston, shared a meme which shows Elmo from The Muppets on the toilet, with a caption that says: "Boss makes a dollar, I make a dime. [ 430 more words ]...



---

 **Jesse Lee-Young Watty**

Oct 26 · Cody Hidalgo has sparked revolution with that last post. People are angry asf at Andy oh my god. I don't blame everyone for being angry. What a bullshit reason to be fired.

1

1 Share



Sep 15 2011 · Game later!!! Whos goin?

7                                    2 Comments

## Filter Results

**POSTS FROM**

Anyone

You

Your Friends

Your Groups and Pages

Public

Choose a Source...

**POST TYPE**

All Posts

Posts You've Seen

**POSTED IN GROUP**

Any Group

Your Groups

Choose a Group...

**TAGGED LOCATION**

Anywhere

Commerce, Michigan

Choose a Location...

**DATE POSTED**

Any Date

2019

2018

2017

Choose a Date...

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2019

**Nursina Hashim II**

16 hrs · ...is happening when people doesn't know what a meme is, be like ; Cody Hidalgo



9                                    2 Comments

**Flying Eze**
350 like this · News & Media Website

Oct 27 · ...page which referred to pooing at work. Cody Hidalgo, from New Boston, shared a meme which shows Elmo from The Muppets on the toilet, with a caption that says: "Boss makes a dollar, I make a dime. That's why I poop on company time." [ 356 more words ]...

**FLYING EZE**

**Justin Dobias**

11 hrs · https://www.boredpanda.com/guy-fired-over-meme-job-work-post-facebook-cody-hidalgo/?utm_source=facebook&utm_medium=social&utm_campaign=lmaomommy



1 Comment

**Hugh Conings**

Oct 27 · Lol Roman Stone Works can go to hell. Justice for Cody Hidalgo!

1                                    6 Comments

| All | Posts | People | Photos | Videos | Marketplace | Pages | Places | Groups | Apps | Events | Links |

Dec 21 2017 · To all you who thinks water is wet



2                        1 Comment  2 Shares

**Hugh Conings**

Oct 27 · Lol Roman Stone Works can go to hell. Justice for Cody Hidalgo!

1                                    6 Comments

**St. John the Baptist Catholic Church**
1.6K like this · Religious Organization

Oct 25 · ...and was blessed by Bishop John C.Cody of London. It was then flown to New York where it was received by Grand Knight Joseph Thomasen, who in turn,

Chat (19)

 Nursina Hashim II
16 hrs ·

How the hell you got fired on your day off?    This is happening when people doesn't know what a meme is, be like ;

Cody Hidalgo



9

2 Comments

Like          Comment          Share

Most Relevant

Write a comment...

;

# Man Says He Was Fired In Detroit For Facebook Joke About Pooping On Company Time

## "Boss makes a dollar, I make a dime. That's why I poop on company time."

**WWJ NEWS**
OCTOBER 29, 2019 - 5:00 PM





MENU                                    🔍   LISTEN

: News, Local News

**(WWJ)** An incident where a man claims he was fired from a Detroit company for posting a joking meme on Facebook about pooping on company time has now entered the legal system.

Representatives of Roman Stone Works in Detroit say they've hired legal counsel and are pursing a case against a young man who posted a series of nasty screen shots from a guy he says is the boss. The texts were in reaction to a joke meme the employee posted on a Sunday on his personal Facebook page that had the message, "Boss makes a dollar, I make a dime. That's why I poop on company time."

The company was flooded with bad online reviews after the employee posted the exchange on social media, and had to shut down their phones.

See the full exchange below.



Many comments among the thousands on the alleged victim's Facebook post urge people to leave bad reviews everywhere they can and troll the company. One man posted the cell phone numbers of leaders at the firm.

"...Its still a pussy move and we should bully him and destroy his reputation till his



~~cebook user named Victor Ulloa wrote, "I now see the company has 81 negative reviews already, here is another note to "Employers" it would be helpful and~~ wise to be professional when dealing with your employee(s), it isn't appropriate to talk down on someone who is expressing an opinion, because this is the end result when you think you can bully a worker and demean someone as a person. You get what you give in life (most times) make it a good one."

But things are not always as they appear on the internet, or at least not as black and white.

Someone who answered the phone at a number tied to Roman Stone Works said the incident is not as it's being portrayed.

"I can confirm that he was not fired ... People are rushing to judgement and it's not been fun."

The man added "we've got a case against the young man," and referred all questions to a Bingham Farms attorney. The attorney did not immediately respond to messages from WWJ Newsradio.

But the internet already delivered its verdict. The post has 4,300 comments, 8,000 shares -- and counting.

"Can't leave reviews on their google page anymore, but its stuck at 1 star now," Edward Dee-Dawson Tivrusky wrote.

**TAGS:**  Newsletter, All Local

# #ForCody



**$10** raised of $1,000 goal

**Donate now**

Share

 Dyllan Orth
$10  •  18 hrs

Cody Hidalgo is organizing this fundraiser.

Created 2 days ago  |  🏷 Babies, Kids & Family

I was wrongfully terminated and will be a few weeks before I start my new job. Got a house and bills to pay for. Need the help. Y'all know what to do. Even a dollar helps!

## Organizer

Cody Hidalgo
Organizer
Lincoln Park, MI

Contact

## Comments (1)

 Dyllan Orth donated **$10**
The internet's got your back, homeboy, and I'm gonna try to spread this around. If I were you, I'd lawyer up and make Andy and the company feel the full weight of the repercussions.

18 hrs

🚩 Report fundraiser

 **#1 FUNDRAISING PLATFORM**
People have raised more money on GoFundMe than anywhere else.
Learn more

 **GOFUNDME GUARANTEE**
In the rare case that something isn't right, we will refund your donation. Learn more

 **EXPERT ADVICE, 24/7**
Contact us with your questions and we'll answer, day or night.
Learn more

**gofundme**

Choose your language

[ English (US) ⌄ ]

**FUNDRAISE FOR**

Medical

Emergency

Memorial

Education

Charity

Nonprofit organization

**LEARN MORE**

How GoFundMe works

Why GoFundMe

Common questions

Success stories

Supported countries

**RESOURCES**

Help center

Blog

GoFundMe Stories

Press center

Careers

About

☼ 2010-2019 GoFundMe      Terms    Privacy    Legal



4:02

Search Facebook

## Roman Stone Works

1.1 ⭐ (81)

Stone supplier in Detroit, Michigan

+ Follow  ❓

OVERVIEW        REVIEWS        PHOTOS

TUE, DEC 10 AT 1:30 PM - 9:30 PM

### Storm The Bathroom At Roman Stone Works, They Can't Fire Us All

Roman Stone Works · Detroit

⭐ Interested      ✓ Going      ➤ Share ▾      ••• More

🌐 Public event by **Memey McGee**

📍 Roman Stone Works
13000 Lyndon St, Detroit, Michigan 48227 · 9.6 mi

About          Discussion

## Posts

Say something...

## Details

🏠   ▶   👤   😀   🔔   ☰



4:02

Q Search Facebook

## eek Stone Works and
## al Outhouse
(241)
lchair-accessible bathroom
ichigan · Open

TUE, NOV 5 AT 11 AM
### Use Andy's Toilet Roman StoneWorks
Roman Stone Works · Detroit

⭐ Interested    ✔️ Going    ➤ Share ▾    ⋯ More

🌐 Public event by **Smart Decor**

📍 Roman Stone Works
13000 Lyndon St, Detroit, Michigan 48227 · 9.6 mi

👥 48 Going · 102 Interested · 10 Shares

About      Discussion

## Posts

🔳 Say something...

## Details

🏠   ▶️   👤   😃   🔔   ☰

# EXHIBIT C



# Elmo's Roman Stone Works and Communal Outhouse

1.1 ★ ☆ ☆ ☆ (311)

Public wheelchair-accessible bathroom in Detroit, Michigan · Open

+ Follow ⊚

| OVERVIEW | REVIEWS | PHOTOS |

CALL   DIRECTIONS   SAVE   WEBSITE

📍 13000 Lyndon St, Detroit, MI 48227, United States



🕐 Open 24 hours ⌄

📞 +1 313-931-2960

Discover   Updates   Search   Recent   More

 **Barbie Nope Nope** Yayyy! I did a thing!





 5

Like · Reply · 1d

 **Jeroen Guyt** https://www.manta.com/c/mtw516m/elmos-fecal-works

MANTA.COM
**Elmos Fecal Works**

1

Like · Reply · 1d

 **Barbie Nope Nope** Jeroen Guyt I know guy. It gave me the option of claiming the profile. So I did.

# **EXHIBIT D**

ROMAN STONE WORKS, INC.; a Michigan Corporation,          Case No.: 19-015616-CZ
CRAIG CASSEL; an individual, and                          Hon. Annette J. Berry
ANDREW FERENC; an individual,

        Plaintiffs,

- vs -

CODY HIDALGO,

        Defendant.

---

THE RUBINSTEIN LAW FIRM
Jan Jeffrey Rubinstein (P57937)
Ryan P. Richardville (P77335)
Attorneys for Plaintiffs
30150 Telegraph Rd., Ste. 444
Bingham Farms, MI 48025
(248) 220-1415

---

## ORDER GRANTING DEFAULT JUDGMENT

At a session of court held in the courthouse in
Detroit, Michigan, on __8/10/2020__

PRESENT: HONORABLE __JUDGE ANNETTE J. BERRY__
                                     Annette J. Berry
                                     Circuit Court Judge

This matter having come before this Court for a hearing on August 7, 2020, on the motion of the Plaintiffs, to enter a default judgment against Defendant (the "Motion"), and this Court having heard and considered arguments of counsel and evidence in support of and in opposition to the Motion, and this Court being otherwise fully advised in the premises, this Court finds, concludes, and orders as follows:

WHEREAS, the Court makes the following findings of fact and conclusions of law:

Cheryl Bascomb 8/10/2020 1:22 PM WAYNE COUNTY CLERK Cathy M. Garrett FILED IN MY OFFICE 19-015616-CZ

1. Plaintiffs are entitled to the entry of a default judgment.

2. Plaintiffs have suffered and will continue to suffer damages, and as such the following relief outlined below will be applied.

3. To the extent any conclusion of law is a finding of fact, it is incorporated in this Order by way of reference.

## ORDER

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

4. Plaintiffs are awarded a judgment against Defendant, CODY HIDALGO, in the amount of $150,000.00, plus their costs, in the amount of $502.75, plus their reasonable attorney fees, in the amount of $75.00, for a total judgment of $150,577.75.

5. Defendant, CODY HIDALGO, shall be enjoined from harassing, or making any disparaging, or negative statements regarding Plaintiffs.

6. Defendant, CODY HIDALGO, will not participate in any protest and/or demonstration against Plaintiff, and in the event such a protest and/or demonstration occurs, Defendant, CODY HIDALGO shall appear, and make the falsity of his statements known publicly.

/s/ Annette J. Berry  8/10/2020

_____
Honorable Annette J. Berry
Circuit Court Judge

THIS IS A FINAL ORDER AND CLOSES THIS CASE.

2