Form:nthrgAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

| | |
|---|---|
| In Re: (NAME OF DEBTOR(S))<br>Cody Anthony Hidalgo | Case No.: 22−41931−mar<br>Chapter 7<br>Judge: Mark A. Randon |
| Roman Stone Works, Inc. et al.<br>Plaintiff | Adv. Proc. No. 22−04113−mar |
| v. | |
| Cody Anthony Hidalgo<br>Defendant | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the STATUS CONFERENCE to consider and act upon the following:

*34* − Opinion and Order Denying Plaintiff's Motion for Summary Judgment(RE: related document(s)23 Motion for Summary Judgment filed by Plaintiff Andrew Ferenc, Plaintiff Roman Stone Works, Inc., Plaintiff Craig Cassel). (KEC)

will be held on: 6/5/23 at 02:00 PM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

Note: Judge Randon is conducting all conferences and non−evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call 1−(888)363−4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate

Dated: 5/16/23

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court